AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of MASSACHUSETTS

DIRECTV, Inc.

V.

Kevin M. Bellerose

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 03-30289-MAP

TO: (Name and address of Defendant)

Kevin M. Bellerose
28 North Street
Blandford, MA 01008



**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin (BBO.: 556328)
MCLAUGHLIN SACKS, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                     December 1, 2003

CLERK                            DATE

*Mary Finn*

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 3/27/04 |
| NAME OF SERVER (PRINT) JOHN E BRYANT | TITLE DEPUTY SHERIFF STATE OF MAINE WALDO COUNTY |

Check one box below to indicate appropriate method of service

☒ Served personally upon the third-party defendant. Place where served: WINTERPORT, MAINE

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/27/04

Signature of Server: John C Bryant

Address of Server: WALDO COUNTY SHERIFF DEPT
45 CONGRESS ST BELFAST ME 04915

---

**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

Hampden, ss.

February 24, 2004

By virtue of this writ I have made diligent search for the within-named KEVIN M. BELLEROSE and for his/her/its last and usual place of abode, 28 NORTH Street, BLANDORD, MA 01008 and for his tenant, agent, or attorney, but could not find him/her/it within this county; I therefore return this writ without service. Conveyance ($4.50), Travel ($15.36), DILIGENT SEARCH ($4.00), Mailing1 ($1.00) Total Charges $24.86

PER POST OFFICE, DEFENDANT MOVED FROM ABOVE ADDRESS. THERE IS NO FORWARDING.

Deputy Sheriff DAVID K. TENNEY

Deputy Sheriff