UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DIRECT TV

    V.                                    CA NO: 03-30289-MAP

KEVIN BELLEROSE

ORDER

DECEMBER 8, 2004

On December 1, 2003 a complaint was filed in the above captioned case. The Court received the Return of Service on April 6, 2004. As of this date, no answer has been filed on behalf of the defendant. Counsel for the Plaintiff is hereby ordered to file a status report as to his intent to proceed with this action on or before December 22, 2004.

Failure to comply with this order shall result in dismissal of this case for failure to prosecute.

                                            MICHAEL A. PONSOR
                                            U.S. DISTRICT JUDGE

                              BY   /s/Elizabeth A. French
                                               Elizabeth A. French
                                               Deputy Clerk