UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DIRECT TV

        V.                        CA NO: 03-30289-MAP

KEVIN BELLEROSE

ORDER OF DISMISSAL

December 29, 20004

PONSOR, USDJ

It is hereby ordered that the above captioned case be dismissed for lack of prosecution and failure to comply with the Court's order dated December 8, 2004.

It is so ordered.

_____
MICHAEL A. PONSOR
U.S. DISTRICT JUDGE