# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

DIRECT TV,

    Plaintiff(s)

        v.                                CIVIL ACTION NO. 3: 03-30289-MAP

KEVIN BELLEROSE,

    Defendant(s)

### JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.

[ ]  **Jury Verdict.**  This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendant Kevin Bellerose, against the plaintiff Direct TV, pursuant to the court's order of dismissal entered this date, dismissing the plaintiff's case.

                                                TONY ANASTAS,
                                                CLERK OF COURT

Dated: December 29, 2004                  By /s/ Maurice G. Lindsay
                                                Maurice G. Lindsay
                                                Deputy Clerk

(Civil Judgment.wpd - 11/98)                                                         [jgm.]